# United States District Court
### Western District of Wisconsin
### Robert W. Kastenmeier Courthouse
### 120 N. Henry Street, Rm. 540
### Post Office Box 591
### Madison, Wisconsin  53701

Chambers of
Barbara B. Crabb
District Judge

Telephone
608-264-5447

May 15, 2008

Geraldyne M. Ryerson
911 Gillette Lane
Wisconsin Dells, WI 53965

Re: U.S. v. Ryerson; 06-cr-172-jcs

Dear Ms. Ryerson:

This will acknowledge your letter of May 5, 2008, concerning the Second Chance Bill and your son's chances for early release under that bill.

If your son believes that this bill might affect him and give him the possibility of an earlier release, it would be necessary for him to write me directly explaining why he thinks that the bill applies to him and why he would qualify. As you can understand, I cannot act on a letter written by an inmate's family member or friend.  The initiative for the request must come from the inmate himself.

Although you indicate in your letter that your son was convicted of nothing more than owning an antique gun, my review of the presentence report indicates that the situation was quite a bit more serious than what you make it out to be. First of all, the allegedly antique submachine gun was only one of seven guns that were recovered from your son's residence.  The allegedly antique gun was designed to function as a open bolt, fixed firing pin submachine gun and was found behind a section of drywall in your son's garage.  It seems unlikely that if, as you say, your son purchased the machine gun solely as an antique, he would hide it as carefully as he did. Further, as you know, the gun possession was not the only criminal conduct in which your son seems to have been involved at the time he was arrested on federal charges.

Page 2

It is unfortunate that you have incurred so many adverse consequences as a result of your son's criminal activities. I hope that your situation improves but I have to tell you that it seems highly unlikely that your son would be eligible for early release.

Very truly yours,

/s/

Barbara B. Crabb
District Judge

BBC:skv